2025R000467/rn



**FILED**

JUL 11 2025

AT 8:30_____ 12:00
CLERK, U.S. DISTRICT COURT - DNJ

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 25-449 (RK) |
| MARCUS CAMPBELL | : | 18 U.S.C. § 1951(a) |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
### (Hobbs Act Robbery)

On or about September 1, 2024, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**MARCUS CAMPBELL**,

did knowingly and willfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person and property of another, namely, Victim-1, in Hudson County, New Jersey.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
### (Hobbs Act Robbery)

On or about September 4, 2024, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

## MARCUS CAMPBELL,

did knowingly and willfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person and property of another, namely, Victim-2, in Hudson County, New Jersey.

In violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE ALLEGATION

As a result of committing the offenses charged in this Indictment, the defendant,

## MARCUS CAMPBELL,

shall forfeit to the United States, (i) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of such offenses, and (ii) pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of such offenses.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A True Bill,

Foreperson

ALINA HABBA
United States Attorney

CASE NUMBER: 25-449 (RK)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

MARCUS CAMPBELL

## INDICTMENT FOR

18 U.S.C. § 1951(a)

A True Bill,



Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

RACHELLE M. NAVARRO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2721